## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAWZI KHALID ABDULLAH FAHAD AL ODAH,** <br>     **et al.,** ) <br> ) <br> ) <br> **Petitioners,** ) <br> **v.** ) <br> ) <br> **UNITED STATES OF AMERICA, et al.,** ) <br> ) <br> **Respondents** ) <br> _____) | **No. CV 02-0828 (CKK)** <br><br> **FILED** <br><br> JAN − 4 2010 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

### ORDER

Upon consideration of the motion of Brandon E. Boutelle for leave to withdraw as counsel for Petitioner Al Rabiah in this civil action, it is hereby ORDERED that the motion be and it hereby is GRANTED.

_____
United States District Judge

Dated:

401631450v1